# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-5116**                               **September Term, 2020**

**1:20-cv-00170-UNA**

**Filed On:** September 3, 2020

John Killingbeck,

      Appellant

    v.

Federal Communications Commission,

      Appellee

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Henderson and Katsas, Circuit Judges, and Sentelle, Senior Circuit
Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed March 10, 2020
be affirmed. The district court properly construed appellant's complaint as a petition for
writ of mandamus, and dismissed the petition on the ground that he had not shown a
"clear and indisputable" right to the relief requested. Gulfstream Aerospace Corp. v.
Mayacamas Corp., 485 U.S. 271, 289 (1988); see American Hosp. Ass'n v. Burwell,
812 F.3d 183, 189 (D.C. Cir. 2016) (A threshold requirement of mandamus jurisdiction
is that the government agency or official have "a clear duty to act.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution
of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

               **FOR THE COURT:**
               Mark J. Langer, Clerk

      BY:    /s/
             Daniel J. Reidy
             Deputy Clerk